# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosalee Gonzalez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>US Human Rights Network Incorporated,<br><br>　　　　Defendant. | NO. CV-21-01459-PHX-DWL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 21, 2022, judgment of dismissal is entered in favor of US Human Rights Network Incorporated. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 21, 2022

　　　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　By　　Deputy Clerk