UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROSALEE GONZALEZ,

            Plaintiff-Appellant,

 v.

US HUMAN RIGHTS NETWORK, INC.,

            Defendant-Appellee.

No.    22-16258

D.C. No. 2:21-cv-01459-DWL
District of Arizona,
Phoenix

ORDER

Pursuant to the parties' stipulated motion (Docket Entry No. 8), this appeal

is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own

costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator